**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter  **7**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Rising S Company, LLC** |
| 2. | **All other names debtor used in the last 8 years** | |
| | Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 4  6 – 3  0  9  0  1  2  3 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **9350 State Hwy 31 E** | |
| Number    Street | Number    Street |
| | P.O. Box |
| **Murchison**          **TX**   **75778** | |
| City              State   ZIP Code | City              State   ZIP Code |
| **Henderson** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number    Street |
| | |
| | City              State   ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Rising S Company, LLC** _____   Case number (if known) _____

**7.** **Describe debtor's business**

A.  *Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Railroad (as defined in 11 U.S.C. § 101(44))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑  None of the above

B.  *Check all that apply:*

☐  Tax-exempt entity (as described in 26 U.S.C. § 501)
☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑  Chapter 7
☐  Chapter 9
☐  Chapter 11.  *Check all that apply:*

   ☐  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐  A plan is being filed with this petition.

   ☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

   ☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

Debtor  **Rising S Company, LLC** _____   Case number (if known) _____

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ No |
| | | ☐ Yes. District _____ When _____ Case number _____ |
| | If more than 2 cases, attach a separate list. | MM / DD / YYYY |
| | | District _____ When _____ Case number _____ |
| | | MM / DD / YYYY |
| | | District _____ When _____ Case number _____ |
| | | MM / DD / YYYY |

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No |
| | | ☐ Yes. Debtor _____ Relationship _____ |
| | List all cases. If more than 1, attach a separate list. | District _____ When _____ |
| | | MM / DD / YYYY |
| | | Case number, if known _____ |
| | | |
| | | Debtor _____ Relationship _____ |
| | | District _____ When _____ |
| | | MM / DD / YYYY |
| | | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor  **Rising S Company, LLC** _____    Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**    *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City                                State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

## ▉ Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor **Rising S Company, LLC** _____ Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/15/2025**
MM / DD / YYYY

X **/s/ Bradley John Dancer**
Signature of authorized representative of debtor
**Bradley John Dancer**
Printed name
**President**
Title

**18. Signature of attorney**

X **/s/ Jenny C. Parks**          Date **04/15/2025**
Signature of attorney for debtor          MM / DD / YYYY

**Jenny C. Parks**
Printed name
**Jenny C. Parks, PC**
Firm name
**15821 US HWY 175**
Number          Street

_____

**Kemp**          **TX**     **75143**
City          State     ZIP Code

**(972) 427-8888**          **jennycparksattorney@gmail.com**
Contact phone          Email address
**24002066**          **TX**
Bar number          State

**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **Rising S Company, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.  Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.  In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

**Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.**

### Part 1:   Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☑ No.  Go to Part 2.
☐ Yes.  Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of debtor's interest**

2.  **Cash on hand**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

4.  **Other cash equivalents**     *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.

**$0.00**

### Part 2:   Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes.  Fill in the information below.

Debtor    **Rising S Company, LLC**                                    Case number (if known) _____
          Name

                                                                        **Current value of**
                                                                        **debtor's interest**

**7.** **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

**9.** **Total of Part 2.**                                                              $0.00
   Add lines 7 through 8.  Copy the total to line 81.

## Part 3:  Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

   ☒ No.  Go to Part 4.
   ☐ Yes.  Fill in the information below.

                                                                        **Current value of**
                                                                        **debtor's interest**
**11.** **Accounts receivable**

11a. 90 days old or less: _____ – _____ = ············ ➝    _____
                          face amount          doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ············ ➝    _____
                        face amount          doubtful or uncollectible accounts

**12.** **Total of Part 3**                                                              $0.00
   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

## Part 4:  Investments

**13.** **Does the debtor own any investments?**

   ☒ No.  Go to Part 5.
   ☐ Yes.  Fill in the information below.

                                                **Valuation method**         **Current value of**
                                                **used for current value**   **debtor's interest**
**14.** **Mutual funds or publicly traded stocks not included in Part 1**

      Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated**
      **businesses, including any interest in an LLC, partnership, or joint venture**

      Name of entity:                              % of ownership:

**16.** **Government bonds, corporate bonds, and other negotiable and**
      **non-negotiable instruments not included in Part 1**

         Describe:

**17.** **Total of Part 4**                                                              $0.00
   Add lines 14 through 16.  Copy the total to line 83.

## Part 5:  Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

   ☒ No.  Go to Part 6.
   ☐ Yes.  Fill in the information below.

Debtor   **Rising S Company, LLC**_____   Case number (if known) _____
       Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$\boxed{\text{_____ } \$0.00}$

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28. Crops--either planted or harvested** | | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$\boxed{\text{_____ } \$0.00}$

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    **Rising S Company, LLC**                                    Case number (if known) _____
          Name

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.                                    $0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.                                    $0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor   **Rising S Company, LLC**_____   Case number (if known) _____
       <sub>Name</sub>

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

  ☒ No. Go to Part 10.
  ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   | $0.00 |
   |---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
  ☐ No
  ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
  ☐ No
  ☐ Yes

## Part 10: Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

  ☒ No. Go to Part 11.
  ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   | $0.00 |
   |---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
  ☐ No
  ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
  ☐ No
  ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
  ☐ No
  ☐ Yes

Debtor    **Rising S Company, LLC**                                          Case number (if known) _____
    Name

---

**Part 11:** **All other assets**

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No.  Go to Part 12.
    ☐ Yes.  Fill in the information below.

                                                                             **Current value of
                                                                             debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,
    including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                    | $0.00 |
    Add lines 71 through 77.  Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor   **Rising S Company, LLC**                                         Case number (if known) _____
         Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..........................�le | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $0.00 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92................................................. $0.00

**Fill in this information to identify the case:**

Debtor name      **Rising S Company, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

☑ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☐ Yes.  Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2.  **List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
| **Creditor's mailing address** | **Describe the lien** | | |
| | **Is the creditor an insider or related party?** ☐ No ☐ Yes | | |
| **Creditor's email address, if known** | **Is anyone else liable on this claim?** ☐ No ☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred** | | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Do multiple creditors have an interest in the same property?** ☐ No ☐ Yes.  Specify each creditor, including this creditor, and its relative priority. | | | |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                    **$0.00**

**Fill in this information to identify the case:**

Debtor **Rising S Company, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No.  Go to Part 2.
☐ Yes.  Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
     If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   **Priority creditor's name and mailing address**

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account
number**   ___  ___  ___  ___

**Specify Code subsection of PRIORITY unsecured
claim:**   11 U.S.C. § 507(a)( _____ )

Debtor   **Rising S Company, LLC**                                   Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **($100.00)** |
|---|---|---|---|

**1St State Bank**

**4800 Fashion Square Blvd.**

**Suite 100**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Saginaw**                    **MI    48604**

Basis for the claim:
**Miscellaneous Debt**

Date or dates debt was incurred    **2025**

Is the claim subject to offset?

Last 4 digits of account number    **5   5   8   7**
- ☑ No
- ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87,295.00** |
|---|---|---|---|

**Adam Carinci, M.D.**

**16 Roxbary Lane**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Pittsford**                    **NY    14534**

Basis for the claim:
**Miscellaneous Debt**

Date or dates debt was incurred    **2023**

Is the claim subject to offset?

Last 4 digits of account number    **6   5   0   4**
- ☑ No
- ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66,700.00** |
|---|---|---|---|

**Arielle Hawkins**

**2960 Lake St.**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Lake Charles**                    **LA    70601**

Basis for the claim:
**Miscellaneous Debt**

Date or dates debt was incurred    **2023**

Is the claim subject to offset?

Last 4 digits of account number    **k   i   n   s**
- ☑ No
- ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$433,000.00** |
|---|---|---|---|

**Arundale Properties, LLC**

**7180 E. 54th Pl.**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Commerce City**                    **CO    80022**

Basis for the claim:
**Miscellaneous Debt**

Date or dates debt was incurred    **2023**

Is the claim subject to offset?

Last 4 digits of account number    **d   a   l   e**
- ☑ No
- ☐ Yes

Debtor    **Rising S Company, LLC**                              Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

---

| 3.5 | **Nonpriority creditor's name and mailing address** |

**Beckham Ranch Homestead, LLC**

**P.O. Box 823**

**Jal**                          **NM    88252**

Date or dates debt was incurred    **2023**

Last 4 digits of account number    **t    e    a    d**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Miscellaneous Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$140,000.00**

---

| 3.6 | **Nonpriority creditor's name and mailing address** |

**Brennan Haugen**

**c/o Lovein Ribman**

**1225 S. Main St.**

**Suite 200**

**Grapevine**                    **TX    76051**

Date or dates debt was incurred    **2024**

Last 4 digits of account number    **8    3    9    2**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Miscellaneous Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$127,900.00**

---

| 3.7 | **Nonpriority creditor's name and mailing address** |

**Bridgeview Power**

**Continental Battery Company**

**P.O. Box 736801**

**Dallas**                       **TX    75373**

Date or dates debt was incurred    **2022**

Last 4 digits of account number    **7    5    4    4**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Miscellaneous Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$6,625.20**

---

| 3.8 | **Nonpriority creditor's name and mailing address** |

**Brown Pruitt Wambsganss Dean**

**Forman & Moore, P.C.**

**600 N. Carroll Ave. #100**

**Southlake**                    **TX    76092**

Date or dates debt was incurred    **2023**

Last 4 digits of account number    **i    n    g    S**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Miscellaneous Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$305,615.26**

---

Debtor  **Rising S Company, LLC**                                  Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,889.00** |

**Buchanan Logistics**

**4625 Industrial Rd.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Fort Wayne** | **IN** | **46825** |

**Basis for the claim:**
**Miscellaneous Debt**

Date or dates debt was incurred    **2024**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **1  8  5  1**

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,000,000.00** |

**Clyde Scott**

**416 Jossie Lane**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Kalispell** | **MT** | **59901** |

**Basis for the claim:**
**Miscellaneous Debt**

Date or dates debt was incurred    **2019**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$171,300.00** |

**Connie Kirtley**

**22285 Hidden Hill Lane**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Magnolia** | **TX** | **77354** |

**Basis for the claim:**
**Miscellaneous Debt**

Date or dates debt was incurred    **2018**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **t  l  e  y**

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$15,000.00** |

**Corsicana Welding**

**2151 Business SH 31**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Corsicana** | **TX** | **75109** |

**Basis for the claim:**
**Miscellaneous Debt**

Date or dates debt was incurred    **08/17/2022**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **5  8  1  9**

---

Debtor   **Rising S Company, LLC**                                    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.13 | **Nonpriority creditor's name and mailing address** |

**Dale Houk, Jr.**

**1150 Oak Hill Lane**

_____

**Volant** PA 16156

Date or dates debt was incurred  **2022**

Last 4 digits of account number  **H   o   u   k**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Miscellaneous Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$260,000.00**

---

| 3.14 | **Nonpriority creditor's name and mailing address** |

**Deep South Equipment Company**

**6851 Greenwood Rd.**

_____

**Shreveport** LA 71149

Date or dates debt was incurred  **2024**

Last 4 digits of account number  **7   0   6   7**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Miscellaneous Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$16,304.39**

---

| 3.15 | **Nonpriority creditor's name and mailing address** |

**Deep Works, LLC**

**Joseph Gelet, Sr.**

**200 Prosperity Place**

**Knoxville** TN 37923

Date or dates debt was incurred  **2021**

Last 4 digits of account number  **s   L   L   C**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Miscellaneous Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$225,224.00**

---

| 3.16 | **Nonpriority creditor's name and mailing address** |

**Delta Steel. Inc.**

**1119 W. Southern Ave., Ste. 200**

_____

**Mesa** AZ 85210

Date or dates debt was incurred  **2024**

Last 4 digits of account number  **i   n   g   S**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Miscellaneous Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$4,723.14**

---

| Debtor | **Rising S Company, LLC** | Case number (if known) | _____ |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$198,410.00** |
|---|---|---|---|

**Edward Perez**

**579 County Rd. 339**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Jourdanton | TX | 78026 |

**Basis for the claim:** **Miscellaneous Debt**

Date or dates debt was incurred  **2020**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   **e   r   e   z**

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$182,850.00** |
|---|---|---|---|

**Epic Designs**

**Gold Coast/Tim Lancaster**

**3710 US-9**

**1 Floor**

| Freehold | NJ | 07728 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Miscellaneous Debt**

Date or dates debt was incurred  **2022**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   **i   g   n   s**

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00** |
|---|---|---|---|

**Jensen/BRV Engineering**

**1653 Main St. E #4**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Rochester | NY | 14609 |

**Basis for the claim:** **Miscellaneous Debt**

Date or dates debt was incurred  **2024**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   **4   0   6   0**

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**JMC&C**

**c/o Cook Keith & Davis**

**6688 N. Central Expressway**

**Suite 1000**

| Dallas | TX | 75206 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Miscellaneous Debt**

Date or dates debt was incurred  **2024**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| Debtor | **Rising S Company, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,195.00** |
|---|---|---|---|

Check all that apply.

**Joyce Steel Erection, LLC**

**31 FRJ Drive**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Longview** | **TX** | **75602** |
|---|---|---|

**Basis for the claim:** **Miscellaneous Debt**

Date or dates debt was incurred **2022**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number **2 2 9 5**

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$242,900.00** |
|---|---|---|---|

Check all that apply.

**Justin Misko**

**566 S. 10th Rd.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Palmyra** | **NE** | **68418** |
|---|---|---|

**Basis for the claim:** **Miscellaneous Debt**

Date or dates debt was incurred **2023**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number **i s k o**

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$100,000.00** |
|---|---|---|---|

Check all that apply.

**Kerry Anderson**

**508 Maryland Rd.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Monterey** | **TN** | **38574** |
|---|---|---|

**Basis for the claim:** **Miscellaneous Debt**

Date or dates debt was incurred **2021**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number **r s o n**

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,275.00** |
|---|---|---|---|

Check all that apply.

**Linda Golden Ware**

**c/o Coghlan Crowson, LLP**

**P.O. Box 2265**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Longview** | **TX** | **75606** |
|---|---|---|

**Basis for the claim:** **Miscellaneous Debt**

Date or dates debt was incurred **2024**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number **0 0 5 7**

---

| Debtor | **Rising S Company, LLC** | Case number (if known) | |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.25**    Nonpriority creditor's name and mailing address

**Louis Birdsong**

**c/o Brown Pruitt Wambsganns Dean**

**Forman & Moore, P.C.**

**600 N. Carroll Ave. #100**

**Southlake**                    **TX**        **76092**

Date or dates debt was incurred        **09/2023**

Last 4 digits of account number        **2    3    C    V**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$9,056.25**

---

**3.26**    Nonpriority creditor's name and mailing address

**Lumen/Level 3**

**Pierce Place**

**Suite 725 W**

**Attn: Spencer Glenn**

**Itasca**                    **IL**        **60143**

Date or dates debt was incurred        **2024**

Last 4 digits of account number        **L    6    F    Q**

**Case No. 05618419**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,262.49**

---

**3.27**    Nonpriority creditor's name and mailing address

**Marita Pratt**

**3835 Indian Pt.**

**Missouri City**                **TX**        **77459**

Date or dates debt was incurred        **2022**

Last 4 digits of account number        **r    a    t    t**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$160,000.00**

---

**3.28**    Nonpriority creditor's name and mailing address

**Nature Redesigned, Inc.**

**c/o Saunders, Walsh & Beard**

**Craig Rach Professional Plaza**

**6850 TPC Dr., Ste. 210**

**McKinney**                    **TX**        **75070**

Date or dates debt was incurred        **2025**

Last 4 digits of account number        **0    3    9    2**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$105,000.00**

---

Debtor   **Rising S Company, LLC**    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                          Amount of claim

**3.29**   Nonpriority creditor's name and mailing address

**Premium Financial Partners Co.**

**5455 Wilshire Blvd., #1816**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**$724.36**

**Los Angeles**   **CA** **90036**

Basis for the claim: **Miscellaneous Debt**

Date or dates debt was incurred **2023**

Last 4 digits of account number **6  2  9  0**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.30**   Nonpriority creditor's name and mailing address

**Red Ball Oxygen**

**P.O. Box 7316**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**$687.44**

**Shreveport**   **LA** **71137**

Basis for the claim: **Miscellaneous Debt**

Date or dates debt was incurred **2024**

Last 4 digits of account number **4  2  4  8**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.31**   Nonpriority creditor's name and mailing address

**Renfro's Transportation**

**308 S. Fritz Swanson**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**$3,209.00**

**Kilgore**   **TX** **75662**

Basis for the claim: **Miscellaneous Debt**

Date or dates debt was incurred **2023**

Last 4 digits of account number **t  i  o  n**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.32**   Nonpriority creditor's name and mailing address

**Rise Structural Associates, Inc.**

**6909 S. Lyncrest Pl., Ste. 110**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**$2,655.00**

**Sioux Falls**   **SD** **57108**

Basis for the claim: **Miscellaneous Debt**

Date or dates debt was incurred **2023**

Last 4 digits of account number **5  1  4  3**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor   **Rising S Company, LLC**   Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.33 | Nonpriority creditor's name and mailing address |
|---|---|

**Royal Roofing Co., Inc.-Bill Davis**

**1234 Chippewa Dr.**

_____

_____

**Richardson**                **TX**      **75080**

Date or dates debt was incurred   **2024**

Last 4 digits of account number   __o__  __l__  __n__  __c__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Miscellaneous Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$117,700.00**

---

| 3.34 | Nonpriority creditor's name and mailing address |
|---|---|

**Ryan Jerome**

**390 Goodrich Rd.**

_____

_____

**Lunenburg**                **MA**      **01462**

Date or dates debt was incurred   **2023**

Last 4 digits of account number   __r__  __o__  __m__  __e__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Miscellaneous Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$500,000.00**

---

| 3.35 | Nonpriority creditor's name and mailing address |
|---|---|

**Shotgun Ranch, LLC**

**Kevin Perry**

**11245 SE 6th St.**

**Ste. 240**

**Bellevue**                **WA**      **98004**

Date or dates debt was incurred   **2022**

Last 4 digits of account number   __a__  __n__  __c__  __h__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Miscellaneous Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$170,200.00**

---

| 3.36 | Nonpriority creditor's name and mailing address |
|---|---|

**Spectrum Business**

**400 Washington Boulevard**

_____

_____

**Stamford**                **CT**      **06901**

Date or dates debt was incurred   **2024**

Last 4 digits of account number   __6__  __6__  __4__  __1__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Miscellaneous Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$357.65**

Debtor   **Rising S Company, LLC**_____   Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$150,000.00** |

**Swan Lake, LLC**

**c/o Andrew McNair**

**20054 Erin Pond Rd.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Seminole** | **AL** | **36574** |

Date or dates debt was incurred   **2024**

**Basis for the claim:**
**Miscellaneous Debt**

Is the claim subject to offset?

Last 4 digits of account number   **0   4   7   4**

- ☒ No
- ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,428.99** |

**Synergy Equipment**

**10117 Pricess Palm Ave.**

**Ste. 500**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Tampa** | **FL** | **33610** |

Date or dates debt was incurred   **2023**

**Basis for the claim:**
**Miscellaneous Debt**

Is the claim subject to offset?

Last 4 digits of account number   **8   6   0   1**

- ☒ No
- ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$749.56** |

**Texas Bank and Trust**

**P.O. Box  3188**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Longview** | **TX** | **75606** |

Date or dates debt was incurred   **2025**

**Basis for the claim:**
**Miscellaneous Debt**

Is the claim subject to offset?

Last 4 digits of account number   **2   6   0   4**

- ☒ No
- ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$93,000.00** |

**Thomas and Cathy Lane**

**596 Highlands Lake Trail**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Clarkesville** | **GA** | **30523** |

Date or dates debt was incurred   **2024**

**Basis for the claim:**
**Miscellaneous Debt**

Is the claim subject to offset?

Last 4 digits of account number   **L   a   n   e**

- ☒ No
- ☐ Yes

Debtor   **Rising S Company, LLC**                          Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.41**   Nonpriority creditor's name and mailing address

**Turpin Farms**

**Robert Fisher**

**3295 Turpin Lane**

**Cincinnati**          **OH**    **45244**

Date or dates debt was incurred    **2017**

Last 4 digits of account number    **a    r    m    s**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Miscellaneous Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$429,000.00**

---

**3.42**   Nonpriority creditor's name and mailing address

**UniFirst Holdings, Inc.**

**P.O. Box 650481**

**Dallas**          **TX**    **75265-0481**

Date or dates debt was incurred    **2023**

Last 4 digits of account number    **4    3    1    5**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Miscellaneous Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$25,610.07**

---

**3.43**   Nonpriority creditor's name and mailing address

**Victoria 355 Corp.**

**c/o Munsch Hardt Kopf & Harr, P.C.**

**Ross Tower**

**500 N. Akard St., Ste. 4000**

**Dallas**          **TX**    **75201-6605**

Date or dates debt was incurred    **2022**

Last 4 digits of account number    **1    0    8    6**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Miscellaneous Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$473,250.00**

---

**3.44**   Nonpriority creditor's name and mailing address

**Willbanks Metals, Inc.**

**1155 N.E. 28th Street**

**Ft. Worth**          **TX**    **76106**

Date or dates debt was incurred    **2024**

Last 4 digits of account number    **t    a    l    s**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Miscellaneous Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$89,432.00**

---

Debtor  **Rising S Company, LLC**  Case number (if known) _____

## Part 2: Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.45 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$117,700.00

**William Davis**

☐ Contingent

**c/o Frasco Caponigro Wineman**

☐ Unliquidated

**and Scheible, PLLC**

☐ Disputed

**1668 Telegraph Rd., Ste. 200**

**Basis for the claim:**

**Bloomfield Hills**        **MI**    **48302**

**Miscellaneous Debt**

Date or dates debt was incurred    **2024**

**Is the claim subject to offset?**

Last 4 digits of account number    **4    0    C    K**

☑ No
☐ Yes

Debtor   **Rising S Company, LLC**                                Case number (if known) _____

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1   **Blazier, Christensen, Browder & Virr**  
**901 Mopac, Bldg. V, Ste. 200**  

**Austin                TX      78746**  
**Attorney for- Louis Birdsong**

Line _____  
☑ Not listed.  Explain:  
**Notice Only**

**2   3   C   V**

4.2   **Brown Pruitt Wambsganss Dean**  
**Forman & Moore, P.C.**  
**600 N. Carroll Ave. #100**  

**Southlake            TX      76092**  
**Attorney for- Louis Birdsong**

Line _____  
☑ Not listed.  Explain:  
**Notice Only**

**2   3   C   V**

4.3   **Coghlan Crowson, LLP**  
**P.O. Box 2265**  

**Longview            TX      75606**  
**Attorney for- Linda Golden Ware, Individually and On Behalf of The Estate of James "Jim" Ware**

Line _____  
☑ Not listed.  Explain:  
**Notice Only**

**0   0   5   7**

4.4   **Davis Business Law, P.L.L.C.**  
**P.O. Box 346**  

**Enid                OK      73702**  
**Attorney for- UniFirst Holdings, Inc.**

Line _____  
☑ Not listed.  Explain:  
**Notice Only**

**5   3   3   9**

4.5   **Frasco Caponigro Wineman**  
**Scheible, PLLC**  
**1668 Telegraph Rd., Ste. 200**  

**Bloomfield Hills        MI      48302**  
**Attorney for- William Davis**

Line _____  
☑ Not listed.  Explain:  
**Notice Only**

**4   0   C   K**

Debtor   **Rising S Company, LLC**   Case number (if known)

---

**Part 3:**   **Additional Page for Others to Be Notified About Unsecured Claims**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.6** **Law Office of Craig M. Higgins, PLLC**
**11 Apex Dr.**
**Suite 300**

**Marlborough** **MA** **01752**
**Attorney for- Ryan Jerome**

Line _____
☑ Not listed.  Explain:
**Notice Only**

__r__ __o__ __m__ __e__

**4.7** **Lovein Ribman**
**1225 S. Main St.**
**Suite 200**

**Grapevine** **TX** **76051**
**Attorney for- Brennan Haugen**

Line _____
☑ Not listed.  Explain:
**Notice Only**

__8__ __3__ __9__ __2__

**4.8** **Mark A. Kirkkorsky, PC**
**1119 W. Southern Ave., Ste. 200**

**Mesa** **AZ** **85210**
**Attorney collecting for- Delta Steel, Inc.**

Line _____
☑ Not listed.  Explain:
**Notice Only**

__i__ __n__ __g__ __S__

**4.9** **Munsch Hardt Kopf & Harr, P.C.**
**Greg Noschese**
**500 N. Akard St., Ste. 4000**

**Dallas** **TX** **75201-6605**
**Attorney for- Victoria 335 Corp.**

Line _____
☑ Not listed.  Explain:
**Notice Only**

__1__ __0__ __8__ __6__

**4.10** **Saunders, Walsh & Beard**
**Craig Ranch Professional Plaza**
**6850 TPC Dr., Ste. 210**

**McKinney** **TX** **75070**
**Attorney for- Nature Redesigned, Inc.**

Line _____
☑ Not listed.  Explain:
**Notice Only**

__0__ __3__ __9__ __5__

**4.11** **Woods Oviatt Gilman, LLP**
**1900 Bausch & Lomb Place**

**Rochester** **NY** **14604**
**Attorney for- Adam Carinci, M.D.**

Line _____
☑ Not listed.  Explain:
**Notice Only**

__6__ __5__ __0__ __4__

---

Debtor    **Rising S Company, LLC**_____    Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |

4.12    **Yancey N. Burnett**_____    Line _____    <u>0</u>  <u>4</u>  <u>7</u>  <u>4</u>

   **27154A Pollard Rd.**_____    ☑ Not listed.  Explain:

_____    **Notice Only**

_____

   **Daphne**            **AL**      **36526**

   **Attorney for- Swan Lake, LLC c/o Andrew McNair**

Debtor    **Rising S Company, LLC**                                          Case number (if known)

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5.    **Add the amounts of priority and nonpriority unsecured claims.**

                                                  **Total of claim amounts**

5a.    **Total claims from Part 1**                     5a.                          **$0.00**

5b.    **Total claims from Part 2**                     5b. **+**          **$7,081,528.80**

5c.    **Total of Parts 1 and 2**                       5c.          **$7,081,528.80**
       Lines 5a + 5b = 5c.

| Fill in this information to identify the case: |
|---|

Debtor name    **Rising S Company, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)    _____    Chapter    **7**

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                              12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

   ☐ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**Fill in this information to identify the case:**

Debtor name    **Rising S Company, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

**Schedule H: Codebtors**                                    **12/15**

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:*  **Codebtor** | | *Column 2:*  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name   **Rising S Company, LLC**

United States Bankruptcy Court for the:   **EASTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:    Summary of Assets

1.   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.  **Real property:**
    Copy line 88 from Schedule A/B.................................................................................. | **$0.00**

    1b.  **Total personal property:**
    Copy line 91A from Schedule A/B................................................................................ | **$0.00**

    1c.  **Total of all property**
    Copy line 92 from Schedule A/B.................................................................................. | **$0.00**

## Part 2:    Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D..................... | **$0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F........................................ | **$0.00**

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................... | **+  $7,081,528.80**

4.   **Total liabilities**
    Lines 2 + 3a + 3b................................................................................................... | **$7,081,528.80**

**Fill in this information to identify the case and this filing:**

Debtor Name       **Rising S Company, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/15/2025**
        MM / DD / YYYY

X **/s/ Bradley John Dancer**
Signature of individual signing on behalf of debtor

**Bradley John Dancer**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Rising S Company, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

1.   **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/31/2025** to<br>MM / DD / YYYY | Filing date | ☑ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:** | From **01/31/2024** to<br>MM / DD / YYYY | **01/30/2025**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$808,537.47** |
| **For the year before that:** | From **01/31/2023** to<br>MM / DD / YYYY | **01/30/2024**<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | |

2.   **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.   **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Debtor | **Rising S Company, LLC** | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

<h2 style="background:black;color:white;display:inline-block;">Part 3:</h2> **Legal Actions or Assignments**

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **UniFirst Holdings, Inc. v. Rising S Company LLC** | **Civil Suit** | **American Arbitration Association**<br>Name<br>**13455 Noel Rd**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**01-24-0006-5339** | | **Dallas**          **TX**   **75240**<br>City                    State   ZIP Code | |
| 7.2. | Case title<br>**McNair v. Rising S. Company** | Nature of case<br>**Civil Suit** | Court or agency's name and address<br>**Alabama Southern District Court**<br>Name<br>**155 St Joseph St.**<br>Street | Status of case<br>☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>**1:24-CV-00474** | | **Mobile**        **AL**   **36602**<br>City                  State   ZIP Code | |

Debtor    **Rising S Company, LLC**                                    Case number (if known) _____
          Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Nature Redesigned, Inc. v. Rising S Company, LLC and Bradley J. Dancer** | **Civil Suit** | **173rd District Court** <br> Name <br> **100 E Tyler St, #207** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **CV25-0040-392** | | **Athens       TX   75751** <br> City         State   ZIP Code | |
| 7.4. | **Rising S Company, LLC v. Louis Birdsong** | **Civil Suit** | **Twelfth Court of Appeals District of TX** <br> Name <br> **1517 W. Front St.** <br> Street <br> **Suite 354** | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **12-23-00223-CV** | | **Tyler        TX   75702** <br> City         State   ZIP Code | |
| 7.5. | **William Davis vs. Rising S Company, LLC** | **Civil Suit** | **State of Michigan in The Oakand Cour** <br> Name <br><br> Street | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **24-210240-CK** | | City         State   ZIP Code | |
| 7.6. | **Linda Golden Ware, Individually and on Behalf of the Estate of James "Jim" Ware vs. Rising S Company LLC** | **Civil Suit** | **In The 71st District Court Harrison Co.** <br> Name <br><br> Street | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **24-0057** | | City         State   ZIP Code | |
| 7.7. | **Adam Carinci, M.D. v. Rising S Company, LLC** | **Civil Suit** | **United States District Court** <br> Name <br> **Western District of New York** <br> Street <br> **2 Niagara Square** | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **6:24-cv-06504** | | **Buffalo       NY   14202** <br> City         State   ZIP Code | |

Debtor    **Rising S Company, LLC**_____    Case number (if known) _____
      Name

**8.** **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
| --- | --- |

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Part 5: | Certain Losses |
| --- | --- |

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Part 6: | Certain Payments or Transfers |
| --- | --- |

**11.** **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- |
| 11.1. **Jenny C. Parks, PC** | | **04/07/2025** | **$4,000.00** |

**Address**

**15821 US Hwy. 175**
Street
_____

**Kemp**      **TX**    **75143**
City         State    ZIP Code

**Email or website address**
_____

**Who made the payment, if not debtor?**
_____

**12.** **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

Debtor    **Rising S Company, LLC**                                    Case number (if known) _____
_____
Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■ diagnosing or treating injury, deformity, or disease, or

■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
         ☐ No.  Go to Part 10.
         ☐ Yes.  Fill in below:

| Debtor | **Rising S Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **Texas Bank and Trust** <br> Name <br> **P. O. Box 3188** <br> Street <br><br> **Longview      TX    75606** <br> City          State    ZIP Code | XXXX- **2   6   0   4** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | **03/11/2025** | **($749.56)** |

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.2. **1st State Bank** <br> Name <br> **4800 Fashion Square Blvd.** <br> Street <br> **Suite 100** <br><br> **Saginaw        MI    48604** <br> City          State    ZIP Code | XXXX- **5   5   8   7** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | **2025** | **($100.00)** |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

Debtor   **Rising S Company, LLC**                                    Case number (if known) _____
_____
Name

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.   Property held for another**
List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23.   Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24.   Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25.   Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26.   Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

Debtor  __**Rising S Company, LLC**_____  Case number (if known) _____
        Name

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
      statement within 2 years before filing this case.

        ☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

        ☑ None

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a
      financial statement within 2 years before filing this case.

        ☑ None

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

        ☑ No.
        ☐ Yes.  Give the details about the two most recent inventories.

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders,
or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners,
members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

        ☑ No
        ☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|------------------------------------|---------------------------------------------------|

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws,
bonuses, loans, credits on loans, stock redemptions, and options exercised?

        ☑ No
        ☐ Yes.  Identify below.

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

        ☑ No
        ☐ Yes.  Identify below.

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

        ☑ No
        ☐ Yes.  Identify below.

Debtor    **Rising S Company, LLC**_____    Case number (if known) _____
        Name

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/15/2025**_____
       MM / DD / YYYY

**X** **/s/ Bradley John Dancer**_____    Printed name  **Bradley John Dancer**_____
    Signature of individual signing on behalf of the debtor

    Position or relationship to debtor **President**_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

IN RE:   **Rising S Company, LLC**                                    CASE NO

                                                                     CHAPTER    **7**

## VERIFICATION OF MAILING LIST

In accordance with Local Rule 1002, the above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of my knowledge.  I also certify that the attached mailing list

[   ]  is the first mailing list filed in this case.

[   ]  adds entities not listed on previously filed mailing list(s).

[   ]  changes or corrects names and address on previously filed mailing lists.

Date   4/15/2025 _____                    Signature   /s/ Bradley John Dancer _____
                                                                 *Bradley John Dancer*
                                                                 *President*

Date _____                                Signature _____

                                                                 /s/ Jenny C. Parks _____
                                                                 *Jenny C. Parks*
                                                                 *24002066*
                                                                 *Jenny C. Parks, PC*
                                                                 *15821 US HWY 175*
                                                                 *Kemp, TX 75143*
                                                                 *(972) 427-8888*

**1St State Bank**
**4800 Fashion Square Blvd.**
**Suite 100**
**Saginaw, MI 48604**

**Adam Carinci, M.D.**
**16 Roxbary Lane**
**Pittsford, NY 14534**

**Arielle Hawkins**
**2960 Lake St.**
**Lake Charles, LA 70601**

**Arundale Properties, LLC**
**7180 E. 54th Pl.**
**Commerce City, CO 80022**

**Attorney General of Texas**
**Collections Div/Bankruptcy Sec.**
**P.O. Box  12548**
**Austin, TX 78711-2548**

**Beckham Ranch Homestead, LLC**
**P.O. Box 823**
**Jal, NM 88252**

**Blazier, Christensen, Browder & Virr**
**901 Mopac, Bldg. V, Ste. 200**
**Austin, TX 78746**

**Brennan Haugen**
**c/o Lovein Ribman**
**1225 S. Main St.**
**Suite 200**
**Grapevine, TX 76051**

**Bridgeview Power**
**Continental Battery Company**
**P.O. Box 736801**
**Dallas, TX 75373**

**Brown Pruitt Wambsganss Dean
Forman & Moore, P.C.
600 N. Carroll Ave. #100
Southlake, TX 76092**


**Buchanan Logistics
4625 Industrial Rd.
Fort Wayne, IN 46825**


**Clyde Scott
416 Jossie Lane
Kalispell, MT 59901**


**Coghlan Crowson, LLP
P.O. Box 2265
Longview, TX 75606**


**Connie Kirtley
22285 Hidden Hill Lane
Magnolia, TX 77354**


**Corsicana Welding
2151 Business SH 31
Corsicana, TX 75109**


**Dale Houk, Jr.
1150 Oak Hill Lane
Volant, PA 16156**


**Davis Business Law, P.L.L.C.
P.O. Box 346
Enid, OK 73702**


**Deep South Equipment Company
6851 Greenwood Rd.
Shreveport, LA 71149**

**Deep Works, LLC**
**Joseph Gelet, Sr.**
**200 Prosperity Place**
**Knoxville, TN 37923**

**Delta Steel. Inc.**
**1119 W. Southern Ave., Ste. 200**
**Mesa, AZ 85210**

**Edward Perez**
**579 County Rd. 339**
**Jourdanton, TX 78026**

**Epic Designs**
**Gold Coast/Tim Lancaster**
**3710 US-9**
**1 Floor**
**Freehold, NJ 07728**

**Frasco Caponigro Wineman**
**Scheible, PLLC**
**1668 Telegraph Rd., Ste. 200**
**Bloomfield Hills, MI 48302**

**Internal Revenue Service**
**Special Procedures Branch**
**Rm 9A20 NC5028**
**1100 Commerce Street**
**Dallas, TX 75242**

**Internal Revenue Service**
**909 ESE Loop 323, Room 300**
**Tyler, TX  75701**

**Jensen/BRV Engineering**
**1653 Main St. E #4**
**Rochester, NY 14609**

**JMC&C**
**c/o Cook Keith & Davis**
**6688 N. Central Expressway**
**Suite 1000**
**Dallas, TX 75206**

**Joyce Steel Erection, LLC**
**31 FRJ Drive**
**Longview, TX 75602**


**Justin Misko**
**566 S. 10th Rd.**
**Palmyra, NE 68418**


**Kerry Anderson**
**508 Maryland Rd.**
**Monterey, TN 38574**


**Law Office of Craig M. Higgins, PLLC**
**11 Apex Dr.**
**Suite 300**
**Marlborough, MA 01752**


**Linda Golden Ware**
**c/o Coghlan Crowson, LLP**
**P.O. Box 2265**
**Longview, TX 75606**


**Louis Birdsong**
**c/o Brown Pruitt Wambsganns Dean**
**Forman & Moore, P.C.**
**600 N. Carroll Ave. #100**
**Southlake, TX 76092**


**Lovein Ribman**
**1225 S. Main St.**
**Suite 200**
**Grapevine, TX 76051**


**Lumen/Level 3**
**Pierce Place**
**Suite 725 W**
**Attn: Spencer Glenn**
**Itasca, IL 60143**


**Marita Pratt**
**3835 Indian Pt.**
**Missouri City, TX 77459**

**Mark A. Kirkkorsky, PC**
**1119 W. Southern Ave., Ste. 200**
**Mesa, AZ 85210**


**Munsch Hardt Kopf & Harr, P.C.**
**Greg Noschese**
**500 N. Akard St., Ste. 4000**
**Dallas, TX 75201-6605**


**Nature Redesigned, Inc.**
**c/o Saunders, Walsh & Beard**
**Craig Rach Professional Plaza**
**6850 TPC Dr., Ste. 210**
**McKinney, TX 75070**

**Premium Financial Partners Co.**
**5455 Wilshire Blvd., #1816**
**Los Angeles, CA 90036**


**Red Ball Oxygen**
**P.O. Box 7316**
**Shreveport, LA 71137**


**Renfro's Transportation**
**308 S. Fritz Swanson**
**Kilgore, TX 75662**


**Rise Structural Associates, Inc.**
**6909 S. Lyncrest Pl., Ste. 110**
**Sioux Falls, SD 57108**


**Royal Roofing Co., Inc.-Bill Davis**
**1234 Chippewa Dr.**
**Richardson, TX 75080**


**Ryan Jerome**
**390 Goodrich Rd.**
**Lunenburg, MA 01462**

**Saunders, Walsh & Beard**
**Craig Ranch Professional Plaza**
**6850 TPC Dr., Ste. 210**
**McKinney, TX 75070**


**Shotgun Ranch, LLC**
**Kevin Perry**
**11245 SE 6th St.**
**Ste. 240**
**Bellevue, WA 98004**

**Spectrum Business**
**400 Washington Boulevard**
**Stamford, CT 06901**


**Swan Lake, LLC**
**c/o Andrew McNair**
**20054 Erin Pond Rd.**
**Seminole, AL 36574**


**Synergy Equipment**
**10117 Pricess Palm Ave.**
**Ste. 500**
**Tampa, FL 33610**


**Texas Bank and Trust**
**P.O. Box  3188**
**Longview, TX 75606**


**Thomas and Cathy Lane**
**596 Highlands Lake Trail**
**Clarkesville, GA 30523**


**Timothy W. O'Neal**
**Assistant U. S. Trustee**
**110 N. College Ave., Room 300**
**Tyler, TX 75702**


**Turpin Farms**
**Robert Fisher**
**3295 Turpin Lane**
**Cincinnati, OH 45244**

**UniFirst Holdings, Inc.**
**P.O. Box 650481**
**Dallas, TX 75265-0481**


**Victoria 355 Corp.**
**c/o Munsch Hardt Kopf & Harr, P.C.**
**Ross Tower**
**500 N. Akard St., Ste. 4000**
**Dallas, TX 75201-6605**

**Willbanks Metals, Inc.**
**1155 N.E. 28th Street**
**Ft. Worth, TX  76106**


**William Davis**
**c/o Frasco Caponigro Wineman**
**and Scheible, PLLC**
**1668 Telegraph Rd., Ste. 200**
**Bloomfield Hills, MI 48302**

**Woods Oviatt Gilman, LLP**
**1900 Bausch & Lomb Place**
**Rochester, NY 14604**


**Yancey N. Burnett**
**27154A Pollard Rd.**
**Daphne, AL 36526**